UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MANUEL GUZMAN *et al.*, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br> -against-<br><br>CARMINE'S BROADWAY FEAST INC. and ALICART, INC. d/b/a THE ALICART RESTAURANT GROUP,<br><br>      Defendants. | No. 15-cv-4049 (SN)<br><br><br><br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that pursuant to Rule 23 of the Federal Rules of Civil Procedure, upon the Declaration of Matthew J. Blit and all exhibits annexed thereto; upon the accompanying Memorandum of Law in Support thereof, plaintiffs, on behalf of themselves and all others similarly situated, will move this Court (without opposition by defendants) before the Honorable Sarah Netburn, at the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, New York, for a Order approving the class action and collective action settlement, approving the service fees for the class representatives, approving the class administrator fees, and approving Class Counsel's attorney's fees and costs.

Dated: New York, NY
   February 6, 2018

Respectfully submitted,

LEVINE & BLIT, PLLC

By: _____

Matthew J. Blit
Justin S. Clark
350 Fifth Avenue, Suite 4020
New York, NY 10118

1

Tel. (212) 967-3000
Fax (212) 967-3010
mblit@levineblit.com
jclark@levineblit.com
*Attorneys for Plaintiffs, FLSA Collective Plaintiffs, and the Class Members*