UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANUEL GUZMAN *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>CARMINE'S BROADWAY FEAST INC. and ALICART, INC. d/b/a THE ALICART RESTAURANT GROUP,<br><br>Defendants. | No. 15-cv-4049 (SN) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS AND COLLECTIVE SETTLEMENT, APPROVAL OF SERVICE FEES FOR CLASS REPRESENTATIVES, APPROVAL OF SETTLEMENT ADMINISTRATOR FEES, AND APPROVAL OF ATTORNEY'S FEE AND COSTS

The above-captioned matter came before the Court on Plaintiffs' Unopposed Motion for Final Approval of the Class and Collective Settlement, Approval of Service Fees for Class Representatives, Approval of Settlement Administrator Fees, and Approval of Attorney's Fees and Costs ("Motion for Final Approval").

1. Based upon the Court's review of the Declaration of Matthew J. Blit, and all other papers submitted in connection with Plaintiffs' Motion for Final Approval, the Court grants final certification of the class, grants approval of the class and collective action settlement, grants approval of the service fees for the class representatives, grants approval of the settlement administrator fees, and grants approval of Class Counsel's attorney's fees and costs.

2.  The Court directs the Settlement Administrator to distribute the fees and class member recoveries pursuant to the Settlement Agreement in this Action.

3.  The Court dismisses the instant action, Case No. 15-cv-4049, and all claims brought therein, along with all those actions consolidated thereunder, with prejudice, and directs the Clerk of Court to close the case.

It is so ORDERED this ____ day of _____, 2018

_____
Honorable Sarah Netburn
United States Magistrate Judge